**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ARCARE, INC., on Behalf of**
**Itself and Others Similarly Situated**                                                                **PLAINTIFF**

**v.**                              **Case No. 4:17-cv-00147-KGB**

**ALERE HOME MONITORING, INC.**                                                              **DEFENDANT**

## ORDER

Before the Court is the parties' joint motion to stay this action pending outcome of mediation (Dkt. No. 50). The parties jointly move for an order staying all proceedings in this case pending the outcome of mediation, currently set for October 24, 2018 (*Id.*, ¶ 4). The parties state that they will notify the Court of the status of the case within 60 days following the scheduled mediation (*Id.*). For good cause shown, the Court grants the parties' joint motion (Dkt. No. 50). The Court stays all proceedings in this matter, pending the outcome of mediation. The Court also orders the parties to file a joint status report with the Court within 60 days of the mediation.

So ordered this the 17th day of August, 2018.

_____
Kristine G. Baker
United States District Judge