IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARCARE, INC., on Behalf of
Itself and Others Similarly Situated                                    PLAINTIFF

v.                    Case No. 4:17-cv-00147-KGB

ALERE HOME MONITORING, INC.                                             DEFENDANT

## ORDER

Before the Court is the parties' joint status report (Dkt. No. 54). The parties jointly request that the Court extend the stay of these proceedings by an additional 40 days (*Id.*, ¶ 7). The Court previously stayed all proceedings in this matter, pending the outcome of mediation, and ordered the parties to file a joint status report with the Court within 60 days of the mediation (Dkt. No. 51). The parties represent that they have agreed to the terms and conditions of a settlement agreement and are undergoing final approval of the settlement (Dkt. No. 54, ¶ 4). The parties state that plaintiff's counsel anticipates being in a position to move for preliminary approval of the settlement agreement on or before May 31, 2019 (*Id.*, ¶ 6). For good cause shown, the Court grants the parties' request. The Court stays all proceedings in this matter by an additional 40 days from the date of this Order.

So ordered this the 24th day of April, 2019.

_____
Kristine G. Baker
United States District Judge