# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| ARcare, Inc., an Arkansas Corporation, on behalf of itself and all others similarly situated | ) ) ) | |
| Plaintiff, | ) ) | No. 4:17-cv-147-KGB |
| v. | ) ) | |
| Alere Home Monitoring, Inc. | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
## OF CLASS ACTION SETTLEMENT

Plaintiff ARcare, Inc. ("ARcare"), on behalf of itself and all others similarly situated and in accord with the Class Action Settlement Agreement (the "Settlement Agreement") entered into between the parties, respectfully moves this Court for preliminary approval of the proposed settlement (the "Settlement") of the above-referenced action (the "Action"). More specifically, Plaintiff requests this Court enter an order, substantially in the form attached to the Settlement Agreement as Exhibit A, (i) granting preliminary approval of the proposed Settlement, (ii) directing that notice of the proposed Settlement be given to members of the Class in the proposed form and manner, and (iii) scheduling a hearing before the Court to determine whether the proposed Settlement should be finally approved.

A memorandum of law in support of the instant motion is being contemporaneously filed herewith.

1

DATED: May 31, 2019                    Respectfully submitted,

        /s/ Randall K. Pulliam
        Randall K. Pulliam (ABN 98015)
        Hank Bates (ABN 98063)
        **CARNEY BATES & PULLIAM, PLLC**
        519 W. 7th St
        Little Rock, AR  72201
        Tel: (501) 312-8500
        Fax: (501) 312-8505
        rpulliam@cbplaw.com
        hbates@cbplaw.com

        *Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 31, 2019, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

        /s/ Randall K. Pulliam
        Randall K. Pulliam (ABN 98015)